NUMBER 13-07-219-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


________________________________________________________


UNIVERSAL ENVIRONMENTAL, INC., Appellant,


v.



ESCO MARINE, INC., Appellee.

________________________________________________________


On appeal from the 404th District Court


of Cameron County, Texas.


______________________________________________________ _


MEMORANDUM OPINION


 

Before Justices Yañez, Garza, and Benavides


Memorandum Opinion Per Curiam


 Appellant, UNIVERSAL ENVIRONMENTAL, INC., perfected an appeal from an
order entered by the 404th District Court of Cameron County, Texas, in cause number
2006-08-3868-G. Appellee has filed a motion to dismiss the appeal as moot. In the
motion, appellee states that the filing of its nonsuit in the cause below renders this
appeal moot. Appellee requests that this Court dismiss this appeal as moot

 The Court, having considered the documents on file and appellee's motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellee's
motion to dismiss is granted, and the appeal is hereby DISMISSED.

 PER CURIAM

Memorandum Opinion delivered and

filed this the 21st day of June, 2007.